United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO: H-17-116 |
| JASON T. POSEY (3-4, 8-13, 22-27) | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A _SUPERSEDING INDICTMENT_ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

JASON T. POSEY (3-4, 8-13, 22-27)

☐ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _March 28, 2017_.

UNITED STATES MAGISTRATE JUDGE